# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 5, 2025

## NO. 03-23-00506-CV

**CCR Roofing, LLC, and CCR Commercial Roofing, LLC, Appellants**

**v.**

**Chase Garner and Richard Weston, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND JONES
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on May 22, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgment that requires reversal but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reduce the amount of attorney's fees awarded to a combined total of $43,000, i.e., $21,500 for Weston and $21,500 for Garner. In all other respects, the trial court's judgment is affirmed. The Court affirms the judgment as modified. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.